THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAURA RODRIGUEZ-MORENO, *et al.*,<br><br>    Defendants. | CASE NO. CR20-0136-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion for entry of a protective order restraining certain forfeitable property (Dkt. No. 118).[1] Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion.

The Government seeks to restrain $12,900 in U.S. currency, seized on September 1, 2020, from the residence of Defendant Laura Rodriguez-Moreno and Defendant Jose Morales-Flores, located in Marysville, Washington. The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and supporting Declaration of Drug Enforcement Administration Special Agent ("SA") Kevin Palermo, hereby FINDS entry of a protective order restraining the above-identified property (hereafter, the "Subject Currency") is

---

[1] Defendants did not respond to the Government's motion by the deadline under the Court's Local Criminal Rules. *See* W.D. Wash. Local Crim. R. 12(b)(2). The Court deems the lack of a response to be an admission that any opposition would be without merit. *See* W.D. Wash. Local Crim. R. 12(b)(2).

CR20-0136-JCC
PAGE - 1

appropriate because:

- The United States gave notice of its intent to pursue forfeiture of the Subject Currency in the Superseding Indictment (Dkt. No. 72 at 8);
- Based on the facts set forth in SA Palermo's Declaration, there is probable cause to believe the Subject Currency is subject to forfeiture in this case; and
- To ensure the Subject Currency remains available for forfeiture, its continued restraint is appropriate, pursuant to 21 U.S.C. § 853(e)(1).

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Currency pending the conclusion of this case is GRANTED; and

2. The Subject Currency shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of criminal forfeiture proceedings and/or further order of this Court.

DATED this 29th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE