THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LAURA RODRIGUEZ-MORENO,<br><br>　　　　　　Defendant. | CASE NO. CR20-0136-JCC<br><br>ORDER |

This matter comes before the Court on the unopposed motion of counsel, A. Christina Weidner Tafs, to waive certain *pro hac vice* requirements (Dkt. No. 145.) Counsel requests the Court waive the requirement under Local Rule 83.1(d)(1) that a party represented by an attorney admitted *pro hac vice* must also be represented by local counsel. (Dkt. No. 145 at 1.) She further requests that the Court waive all fees associated with her *pro hac vice* application. (*Id.*)

The application of the local rules of this District is a matter committed to the discretion of the trial court. *See U.S. v. Warren*, 601 F.2d 471, 474 (9th Cir. 1979). The Court finds that, in this instance, and based on the equitable considerations of this case, waiving these requirements is warranted. Accordingly, counsel's motion (Dkt. No. 145) is GRANTED. She may proceed *pro hac vice* without the support of local counsel and without the payment of fees normally associated with a *pro hac vice* application.

ORDER
CR20-0136-JCC
PAGE - 1

1    DATED this 17th day of August 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE