THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>    v.<br>LAURA RODRIGUEZ-MORENO,<br><br>               Defendant. | CASE NO. CR20-0136-JCC<br><br>ORDER |

       This matter comes before the Court on Defendant Laura Rodriguez-Moreno's unopposed motion for authorization to conduct her plea hearing by videoconference. (Dkt. No. 196.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained below.

       Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." *See also* W.D. Wash. General Order 14-21 (Dec. 22, 2021) (extending the duration of General Order 04-20).

       Having thoroughly considered the motion and the relevant record, the Court FINDS that further delay in the absence of a video plea hearing would seriously harm the interests of justice. The following specific reasons support this finding: (1) the parties have reached a plea

ORDER
CR20-0136-JCC
PAGE - 1

1  agreement, and not holding the hearing by videoconference means could unnecessarily delay Ms.
2  Rodriguez-Moreno's sentencing, (*see* Dkt. No. 196 at 2–3); (2) Ms. Rodriguez-Moreno has five
3  children, (*id.* at 3), and not permitting a video plea hearing could unnecessarily delay her
4  completion of her sentence; and (3) the Government does not oppose the request.
5       It is therefore ORDERED that Ms. Rodriguez-Moreno's motion (Dkt. No. 196) is
6  GRANTED. The parties will contact the courtroom deputy for the criminal duty Magistrate
7  Judge to schedule the plea hearing. The Magistrate Judge is DIRECTED to make a record of Ms.
8  Rodriguez-Moreno's consent to a remote proceeding.
9       DATED this 11th day of February 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE