THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>LAURA MORENO-RODRIGUEZ,<br><br>          Defendant. | CASE NO. CR20-00136-JCC-1<br><br>ORDER |

This matter comes before the Court on Defendant's motion to reduce her sentence pursuant to Amendment 821 of the United States Sentencing Guidelines ("USSG") and 18 U.S.C. § 3582(c)(2) (Dkt. No. 319). Having considered the briefing and the relevant record, the Court hereby DENIES the motion for the reasons explained herein.

On March 23, 2022, Defendant entered into a guilty plea for conspiracy to distribute controlled substances. (*See* Dkt. No. 207 at 2.) Defendant was sentenced to 120 months with a total offense level of 39 and a criminal history category ("CHC") I. (*See* Dkt. No. 282 at 1.) This resulted in a sentencing guidelines range of 262 to 327 months. (*Id.* at 2.)

Defendant now petitions the Court for a reduction pursuant to Amendment 821 to the USSG. (*See* Dkt. No. 319.) Relevant here, Part B, Subpart 1 of the amendment provides a two-level reduction in the offense level for certain zero-point offenders—that is, defendants with no criminal history whose offenses meet the guideline's criteria. *See* USSG § 4C1.1(a).

Here, Defendant fails to meet the mandate that she not receive an adjustment under §3B1.1 for an aggravating role. Hence, she is ineligible for the Zero Point Offender reduction. Because Amendment 821's retroactive Zero Point Offender amendment does not lower Defendant's sentencing range, her motion is DENIED. *See* USSG § 1B1.10(a)(2).

DATED this 19th day of April 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE