THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURA RODRIGUEZ-MORENO,<br><br>Defendant. | CASE NO. CR20-0136-JCC-1<br><br>ORDER |

This matter comes before the Court on Defendant's motion to reduce her sentence pursuant to Amendment 821 of the United States Sentencing Guidelines ("USSG") and 18 U.S.C. § 3582(c)(2) (Dkt. No. 330). Given that the Court has previously denied an identical motion, (*see* Dkt Nos. 319, 323), it will construe the instant motion as a motion for reconsideration. Having considered the motion, the relevant record, and the applicable law, the Court DENIES the motion.

Pursuant to the Local Criminal Rules, "[m]otions for reconsideration are disfavored," and the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CrR 12(b)(13)(A).

Defendant's motion makes no showing of manifest error in the Court's prior order nor of any new facts or legal authority. (*See* Dkt. No. 330 at 1.) She remains ineligible for a sentence

1  reduction because, as the Court previously explained, her aggravating role in the underlying
2  offense is disqualifying under USSG § 4C1.1(a)(10). (*See* Dkt. Nos. 281 at 8, 305 at 17, 323 at
3  2.) Therefore, her motion is DENIED.

It is so ORDERED this 13th day of June 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE