The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LAURA RODRIGUEZ-MORENO,<br><br>Defendant. | NO.  CR20-0136-JCC-1<br><br>[~~PROPOSED~~]<br>ORDER GRANTING UNITED STATES'<br>MOTION TO EXTEND TIME TO FILE<br>RESPONSE |

The Court, having reviewed the Motion of the United States (**Dkt 336**) to extend by 45 days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before July 30, 2026, and the motion should be noted for that date, unless the parties reach a different agreement regarding briefing.

DATED this 11th day of June 2026.

*John C Coughenour*

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:
*/s/ C. Andrew Colasurdo*
C. Andrew Colasurdo
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Rodriguez-Moreno,* CR20-0136 JCC